Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00044-CV

Cynthia L. **LAFONTAINE**,
Appellant

v.

**HENDRICKS PROPERTY MANAGEMENT LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 364,498
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  March 30, 2011

DISMISSED FOR WANT OF JURISDICTION

The justice court rendered judgment against Cynthia LaFontaine for past-due rent and ordered that Hendricks Property Management, LLC recover possession of the real property. LaFontaine appealed the judgment to the county court at law and filed an affidavit of inability to pay costs. On December 17, 2010, the county court at law found that LaFontaine had not paid rent into the registry of the court, and issued an order for a writ of possession pursuant to section 24.0054 of the Property Code and Rule 749(b) of the Texas Rules of Civil Procedure.

LaFontaine filed a notice of appeal of the trial court's December 17, 2010 order, and a clerk's record was filed. The clerk's record did not indicate that the case had been tried or that a final judgment has been rendered. We therefore ordered LaFontaine to show cause why the appeal should not be dismissed for want of jurisdiction. LaFontaine did not respond to our order.

This court has jurisdiction only over final judgments and interlocutory orders where the appeal is authorized by statute. The trial court's order for a writ of possession in this case is neither a final judgment nor an appealable interlocutory order. *See* TEX. R. CIV. P. 749(b) (addressing entitlement to possession of premises while appeal from justice court is pending); *Frank v. Brittany Square Apartments*, No. 14-09-00423-CV, 2010 WL 1544098, at 1 (Tex. App.—Houston [14th Dist.] Apr. 20, 2010, no pet.) (mem. op.); *Simmons v. Hollyview Apartments*, No. 01-08-00231-CV, 2009 WL 3050832, at *2 (Tex. App.—Houston [1st Dist.] Sept. 24, 2009, pet. dism'd w.o.j.) (mem. op.). Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM